**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LISA F.,

                Plaintiff,                    20 **CIVIL** 10441 (GRJ)

      -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 9, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; and this case is REMANDED for calculation of benefits; accordingly, the case is closed.

**Dated:**  New York, New York
           January 10, 2023

                                              **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                 **BY:**     *K. Mango*

                                                 **Deputy Clerk**